**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets
Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $          0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $          2,228.50 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $          2,228.50 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities
Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          25,109.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          23,840.00 |
| Your total liabilities | $          48,949.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $          4,318.08 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $          3,594.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor 1      **CANDACE ANITREL PAGE**

Case number *(if known)*  **19-05007**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. ........................................................

   $ _____ **4,813.01**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 13,700.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 13,700.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **19-05007** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | **DODGE** |
|---|---|---|
| | Model: | **CHARGER BASE** |
| | Year: | **2014** |
| | Approximate mileage: | **140,000** |
| | Other information: | |

**2014 DODGE CHARGER: VIN# (2C3CDXBG3EH131628), (4) DOOR (6) CYLINER (140,000) MILES, NADA VALUE ($9,400)**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

| $0.00 |
|---|

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **CANDACE ANITREL PAGE** | Case number *(if known)* | **19-05007** |

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| HOUSEHOLD GOODS: LIVING ROOM FURNITURE, DINING TABLE AND CHAIRS, BAR STOOLS, SMALL KITCHEN APPLIANCES, QUEEN BEDROOM SET, TWIN BEDROOM SET, MISC. HOME DECOR, TOOLS, AND FURNITURE | $800.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| HOUSEHOLD GOODS: TVS (3), CELL PHONE, DVD PLAYER, COMPUTER, MISC. SMALL ELECTRONICS | $300.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

| BOOKS, PICTURES, MISC. COLLECTIBLES | $50.00 |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| CLOTHING | $150.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

| MISC. COSTUME JEWELRY | $200.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **CANDACE ANITREL PAGE** | Case number *(if known)* | **19-05007** |

☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| | **$1,500.00** |

---

**Part 4:**  Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes...........................................................................................................

|  | **CASH ON HAND ($0.00)** | **$0.00** |

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.......................            Institution name:

| 17.1. | **Checking** | **NAVY FEDERAL CREDIT UNION CHECKING ACCT# (2118) (-$809.07)** | **$0.00** |

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes.................            Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☑ No
☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
Type of account:                Institution name:

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☑ Yes. ....................            Institution name or individual:

| **Rental deposit** | **RESIDENTIAL LEASE SECURITY DEPOSIT IN THE SUM OF ($728.50)** | **$728.50** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **CANDACE ANITREL PAGE**                                  Case number *(if known)*    **19-05007**

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                    Beneficiary:                    Surrender or refund
                                                                         value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor 1    **CANDACE ANITREL PAGE**                              Case number *(if known)*    **19-05007**

---

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ■ No
   - ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
   - ■ No
   - ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**    | **$728.50**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
   - ■ No. Go to Part 6.
   - ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**    | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

55.  **Part 1: Total real estate, line 2**  ....................................................................................................................    | **$0.00**

56.  **Part 2: Total vehicles, line 5**                                                    | **$0.00**

57.  **Part 3: Total personal and household items, line 15**                             | **$1,500.00**

58.  **Part 4: Total financial assets, line 36**                                         | **$728.50**

59.  **Part 5: Total business-related property, line 45**                                | **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                       | **$0.00**

61.  **Part 7: Total other property not listed, line 54**                           +    | **$0.00**

62.  **Total personal property.** Add lines 56 through 61...         | **$2,228.50**      Copy personal property total ▶     | **$2,228.50**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                    | **$2,228.50**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS: LIVING ROOM FURNITURE, DINING TABLE AND CHAIRS, BAR STOOLS, SMALL KITCHEN APPLIANCES, QUEEN BEDROOM SET, TWIN BEDROOM SET, MISC. HOME DECOR, TOOLS, AND FURNITURE**<br>Line from *Schedule A/B*: **6.1** | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **HOUSEHOLD GOODS: TVS (3), CELL PHONE, DVD PLAYER, COMPUTER, MISC. SMALL ELECTRONICS**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **BOOKS, PICTURES, MISC. COLLECTIBLES**<br>Line from *Schedule A/B*: **8.1** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **CANDACE ANITREL PAGE**

Case number (if known)    **19-05007**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **MISC. COSTUME JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **CASH ON HAND ($0.00)**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ | $0.00 | **S.C. Code Ann. § 15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: NAVY FEDERAL CREDIT UNION CHECKING ACCT# (2118) (-$809.07)**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ | $0.00 | **S.C. Code Ann. § 15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Rental deposit: RESIDENTIAL LEASE SECURITY DEPOSIT IN THE SUM OF ($728.50)**<br>Line from *Schedule A/B*: **22.1** | $728.50 | ■ | $728.50 | **S.C. Code Ann. § 15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 **CREDIT ACCEPTANCE**<br>Creditor's Name | Describe the property that secures the claim:<br>**2014 DODGE CHARGER: TO BE PAID IN PLAN** | $20,738.00 | $0.00 | $20,738.00 |

**PO BOX**
**Detroit, MI 48255**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Auto Loan

| Date debt was incurred | **10/18** | Last 4 digits of account number | **0448** |
|---|---|---|---|

| Debtor 1 | **CANDACE ANITREL PAGE** | | Case number (if known) | **19-05007** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.2 | **MID AMERICA APARTMENTS** | Describe the property that secures the claim: | $4,371.00 | $0.00 | $4,371.00 |
|---|---|---|---|---|---|

Creditor's Name

**FARMINGTON VILLAGE
6815 POPLAR AVENUE
GERMANTOWN, TN
38138**

Number, Street, City, State & Zip Code

**505 FARM SPRINGS ROAD,
SUMMERVILLE, SC 29483**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    **Apartment lease**

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $25,109.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $25,109.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **CANDACE ANITREL PAGE** |
|---|---|
| | First Name                     Middle Name                     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                     Middle Name                     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

**1.    Do any creditors have priority unsecured claims against you?**

　　■ No. Go to Part 2.

　　☐ Yes.

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

**3.    Do any creditors have nonpriority unsecured claims against you?**

　　☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

　　■ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| | | |

| 4.1 | **BERKELEY COUNTY CLERK OF COURT** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**223 N LIVE OAK DRIVE**

**Moncks Corner, SC 29461**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                          ■ Other. Specify   **Notice Only**

Debtor 1  **CANDACE ANITREL PAGE**                                    Case number *(if known)*    **19-05007**

| 4.2 | **BERKELEY COUNTY SHERIFFS OFFICE** | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**223 N LIVE OAK DRIVE**
**Moncks Corner, SC 29461**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.3 | **CAROLINA PAYDAY LOANS** | | Last 4 digits of account number | **8630** | **$550.00** |

Nonpriority Creditor's Name

**320 OLD TROLLEY RD**
**SUITE E**
**Summerville, SC 29485**
Number Street City State Zip Code

**When was the debt incurred?**   **07/2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Loan**

---

| 4.4 | **DEPT. OF EDUCATION/NAVIENT** | | Last 4 digits of account number | **7661** | **$13,700.00** |

Nonpriority Creditor's Name

**123 JUSTISON ST**
**Wilmington, DE 19801**
Number Street City State Zip Code

**When was the debt incurred?**   **7/13**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

                                        **Student Loan**

---

Debtor 1    **CANDACE ANITREL PAGE**                                              Case number (if known)    **19-05007**

---

| 4.5 | **DIVERSIFIED CONSULTANTS** | Last 4 digits of account number | **8360** | **$2,040.00** |

Nonpriority Creditor's Name
**PO BOX 551268**
**Jacksonville, FL 32255**

When was the debt incurred?    **07/2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections**

---

| 4.6 | **ENHANCED RECOVERY COMPANY** | Last 4 digits of account number | **3260** | **$541.00** |

Nonpriority Creditor's Name
**PO BOX 57547**
**Jacksonville, FL 32241**

When was the debt incurred?    **08/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections**

---

| 4.7 | **FRANKLIN COLLECTION SERVICE** | Last 4 digits of account number | **2344** | **$868.00** |

Nonpriority Creditor's Name
**2978 W. JACKSON ST**
**Tupelo, MS 38803**

When was the debt incurred?    **9/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Bills**

---

Debtor 1    **CANDACE ANITREL PAGE**    Case number (if known)    **19-05007**

---

| 4.8 | **IRS** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**PO BOX 7346**
**Philadelphia, PA 19101**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ Other. Specify    **Notice Only**

---

| 4.9 | **NAVY FEDERAL CREDIT UNION** | Last 4 digits of account number | **2118** | | $809.00 |

Nonpriority Creditor's Name

**113 GRANDVIEW DRIVE**
**Summerville, SC 29483**

Number Street City State Zip Code

When was the debt incurred?    **2/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ Other. Specify    **Collections**

---

| 4.10 | **REGIONS BANK** | Last 4 digits of account number | **5514** | | $2,089.00 |

Nonpriority Creditor's Name

**PO BOX 2527**
**Mobile, AL 36652**

Number Street City State Zip Code

When was the debt incurred?    **01/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ Other. Specify    **Credit card purchases**

---

| Debtor 1 | CANDACE ANITREL PAGE | Case number (if known) | 19-05007 |

---

**4.1 1**  **SC DEPARTMENT OF REVENUE**

Nonpriority Creditor's Name

**1 SOUTHPARK CIRCLE**
**Charleston, SC 29407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

**4.1 2**  **USCB**

Nonpriority Creditor's Name

**761 SCRANTOON CARBONDALE HWY**
**UNIT 6**
**Archbald, PA 18403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **2002**    $524.00

When was the debt incurred?    **11/2013**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collections**

---

**4.1 3**  **WAKEFIELD & ASSOCIATES**

Nonpriority Creditor's Name

**PO BOX 50250**
**Knoxville, TN 37950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **7061**    $1,019.00

When was the debt incurred?    **02/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Bills**

---

Debtor 1  **CANDACE ANITREL PAGE**                                    Case number (if known)   **19-05007**

| 4.1 4 | **WOOD FOREST BANK** | Last 4 digits of account number | **5514** | **$1,700.00** |

Nonpriority Creditor's Name
**PO BOX 7889**
**Spring, TX 77387**

When was the debt incurred?   **01/2014**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**
**950 PENNSYLVANIA AVENUE, NW**
**Washington, DC 20530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US ATTORNEY GENERAL**
**ATTN DOUG BARNETT**
**1441 MAIN ST**
**SUITE 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 13,700.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 10,140.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 23,840.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **MID AMERICA APARTMENTS<br>FARMINGTON VILLAGE<br>6815 POPLAR AVENUE<br>GERMANTOWN, TN 38138** | **RESIDENTIAL LEASE AGREEMENT WITH MONTHLY RENTAL PAYMENTS IN THE SUM OF ($1,457); DEBTOR TO ASSUME CONTRACT AND ARREARAGE OF ($4,371) THROUGH OCTOBER 2019 TO BE ADDRESSED IN PLAN; DEBTOR TO RESUME REGULAR PAYMENTS IN NOVEMBER 2019.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **19-05007** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **BODY SHOP OPERATOR** | |
| | Employer's name | **MERCEDES BENZ VANS** | |
| | Employer's address | **8501 PALMETTO COMMERCE PWKY LADSON, SC 29456** | |
| | How long employed there? | **SINCE OCTOBER 2018** | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,813.01 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 4,813.01 | $ N/A |

Debtor 1    **CANDACE ANITREL PAGE**                                    Case number (*if known*)    **19-05007**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $    **4,813.01** | $    **N/A** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $    **368.20** | $    **N/A** |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $    **0.00** | $    **N/A** |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $    **126.73** | $    **N/A** |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $    **0.00** | $    **N/A** |
| 5e.  **Insurance** | 5e. | $    **0.00** | $    **N/A** |
| 5f.  **Domestic support obligations** | 5f. | $    **0.00** | $    **N/A** |
| 5g.  **Union dues** | 5g. | $    **0.00** | $    **N/A** |
| 5h.  **Other deductions.** Specify: | 5h.+ | $    **0.00** + | $    **N/A** |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    **494.93**    $    **N/A**

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $    **4,318.08**    $    **N/A**

8. **List all other income regularly received:**

8a.  **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $    **0.00**    $    **N/A**

8b.  **Interest and dividends**    8b.    $    **0.00**    $    **N/A**

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $    **0.00**    $    **N/A**

8d.  **Unemployment compensation**    8d.    $    **0.00**    $    **N/A**

8e.  **Social Security**    8e.    $    **0.00**    $    **N/A**

8f.  **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $    **0.00**    $    **N/A**

8g.  **Pension or retirement income**    8g.    $    **0.00**    $    **N/A**

8h.  **Other monthly income.** Specify:    8h.+    $    **0.00** +    $    **N/A**

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    **0.00**    $    **N/A**

10. **Calculate monthly income.**  Add line 7 + line 9.    10.    $    **4,318.08**  +  $    **N/A**  =  $    **4,318.08**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$    **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    **4,318.08**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:    **DEBTOR DOES NOT ANTICIPATE A CHANGE IN INCOME IN THE NEXT YEAR.**

EMPLOYER
XCEHXX  000820199              000000-000000

# Earnings  Statement

Clock   Home Dept
X       X

Mercedes-Benz   VansLLC
Phone: (503) 745-8000
Registry  No:16-1644464
8501 Palmetto Commerce  Parkway
Ladson, SC  29456

| | | |
|---|---|---|
| Period Beginning: | | 09/01/2019 |
| Period Ending: | | 09/14/2019 |
| Advice Date: | | 09/20/2019 |
| Advice Number: | | 0000095359 |
| Batch Number: | | 000000004524 |

Page 001 of 001

Page,  Candace  Anitrel
505 Farm Springs  Road
Apt  505
Summerville,  SC  29483

Exemptions      Addl Amt   Addl %
Fed:    Exempt
SC:     Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Holiday Hour | 23.5000 | 8.00 | 188.00 | 1892.00 |
| Regular Earn | 23.5000 | 54.75 | 1286.63 | 31161.64 |
| TeamShare Bo | | | 0.00 | 94.53 |
| Emergency Le | | | 0.00 | |
| Special Vaca | | | 0.00 | 176.00 |
| Doubletime @ | | | 0.00 | 1894.50 |
| Emergency Pa | | | 0.00 | 377.00 |
| Vacation | | | 0.00 | 2043.00 |
| Overtime @1. | | | 0.00 | 5678.41 |
| Gross Pay | | 62.75 | 1474.63 | 43317.08 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 44.24 | 1140.59 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 21.38 | 628.10 |
| Fed OASDI/EE | 91.43 | 2685.66 |
| SC Withholdng | 0.00 | 0.00 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit Che | XXXXXX6719 | 1,317.58 |
| Net Check | | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 44.24 | 1140.59 |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 1430.39 | 42176.49 |

## Message

*Excluded from Federal Taxable Wages

| | | |
|---|---|---|
| Net Pay | 317.58 | 38862.73 |

© 1992 Automatic Data Processing (POUV00)

Mercedes-Benz   VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto  Commerce  Parkway
Ladson,  SC  29456

Advice  Number:    0000095359

Advice  Date:    09/20/2019

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | Checking  XXXXXX6719 | 253278401 | 1317.58 |

# Earnings   Statement

```
CC      EMPLOYEE         000000-000000
PC6HXX  000826199
```

```
Clock   Home Dept
x       X
```

*Mercedes-Benz    VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| | Page 001 of 001 |
|---|---|
| Period Beginning: | 08/18/2019 |
| Period Ending: | 08/31/2019 |
| Advice Date: | 09/06/2019 |
| Advice Number: | 0000093732 |
| Batch Number: | 000000004509 |

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,   SC  29483

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: | Exempt | |
| SC: | Exempt | |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | 23.5000 | 79.58 | 1870.13 | 29875.01 |
| Overtime @1. | 35.2500 | 2.75 | 96.94 | 5678.41 |
| TeamShare Bo | | | 0.00 | 94.53 |
| Emergency Le | | | 0.00 | |
| Special Vaca | | | 0.00 | 176.00 |
| Holiday Hour | | | 0.00 | 1704.00 |
| Doubletime @ | | | 0.00 | 1894.50 |
| Emergency Pa | | | 0.00 | 377.00 |
| Vacation | | | 0.00 | 2043.00 |
| Gross Pay | | 82.33 | 1967.07 | 41842.45 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Other Benefits** | | | |
| 401(k) | | 59.01 | 1096.35 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 28.52 | 606.72 |
| Fed OASDI/EE | 121.95 | 2594.23 |
| SC Withholdng | 0.00 | 0.00 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit Che | XXXXXX6719 | 1,757.59 |
| Net Check | | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 59.01 | 1096.35 |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 1908.06 | 40746.10 |

### Message

*Excluded from Federal Taxable Wages

| Net Pay | 1757.59 | 37545.35 |
|---|---|---|

© 2001 Automatic Data Processing, Inc.

*Mercedes-Benz    VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| Advice  Number: | 0000093732 |
|---|---|
| Advice  Date: | 09/06/2019 |

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | Checking  XXXXXX6719 | 253278401 | 1757.59 |

CO      EMPLOYER      000000-000000

# Earnings   Statement

<table>
<tr><td>PCEEXX  000820133</td><td></td></tr>
</table>

Clock   Home Dept
x       X

Mercedes-Benz   VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto  Commerce  Parkway
Ladson,  SC  29456

| | | |
|---|---|---|
| Page 001 of 001 | | |
| Period Beginning: | 08/26/2019 | |
| Period Ending: | 08/26/2019 | |
| Advice Date: | 08/28/2019 | |
| Advice Number: | 0000092275 | |
| Batch Number: | 000000004499 | |

Page,  Candace  Anitrel
505 Farm  Springs  Road
Apt  505
Summerville,   SC  29483

Exemptions     Addl Amt   Addl %
Fed:    Exempt
SC:     Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Emergency Pa | 23.5000 | 2.00 | 47.00 | 377.00 |
| Overtime  @1. | 35.2500 | 9.42 | 332.06 | 5581.47 |
| Regular  Earn | 23.5000 | 72.00 | 1692.00 | 28004.88 |
| Vacation | 23.5000 | 6.00 | 141.00 | 2043.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Emergency  Le | | | 0.00 | |
| Special  Vaca | | | 0.00 | 176.00 |
| Holiday  Hour | | | 0.00 | 1704.00 |
| Doubletime  @ | | | 0.00 | 1894.50 |
| Gross  Pay | | 89.42 | 2212.06 | 39879.38 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 66.36 | 1037.34 |

## Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 32.08 | 578.20 |
| Fed OASDI/EE | 137.15 | 2472.28 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 66.36 | 1037.34 |

*Excluded  from  Federal  Taxable  Wages

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Che | XXXXXX6719 | 1,976.47 |
| Net Check | | 0.00 |

Fed Taxable  Wages   2145.70    38838.04

## Message

| Net Pay | 1976.47 | 35787.36 |
|---|---|---|

© 2002 Automatic Data Processing [PCHRP2]

Mercedes-Benz   VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto  Commerce  Parkway
Ladson,   SC   29456

Advice  Number:    0000092275

Advice  Date:      08/28/2019



## Deposited  to  the  account  of

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | | | |
| | Checking   XXXXXX6719 | 253278401 | 1976.47 |

CO    EMPLOYEE    001294-001294
PC5HXX  000820199

# Earnings   Statement

Clock   Home Dept
x       X

*Mercedes-Benz   VansLLC*
*Phone: (503) 745-8000*
*Registry  No:16-1644464*
*8501 Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| | | | |
|---|---|---|---|
| | | Page | 001 of 001 |
| Period Beginning: | | | 07/21/2019 |
| Period Ending: | | | 08/03/2019 |
| Advice Date: | | | 08/09/2019 |
| Advice Number: | | | 0000090498 |
| Batch Number: | | | 000000004470 |

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,   SC  29483

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: | Exempt | |
| SC: | Exempt | |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime  @1. | 35.2500 | 16.33 | 575.63 | 4917.35 |
| Regular  Earn | 23.5000 | 78.00 | 1833.00 | 24620.88 |
| Doubletime  @ | 47.0000 | 6.50 | 305.50 | 1894.50 |
| Vacation | 23.5000 | 2.00 | 47.00 | 1761.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Emergency  Le | | | 0.00 | |
| Special  Vaca | | | 0.00 | 176.00 |
| Emergency  Pa | | | 0.00 | 283.00 |
| Holiday  Hour | | | 0.00 | 1704.00 |
| Gross  Pay | | 102.83 | 2761.13 | 15451.26 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 82.83 | 904.62 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 40.03 | 514.04 |
| Fed OASDI/EE | 171.19 | 2197.98 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 82.83 | 904.62 |

*Excluded  from  Federal  Taxable  Wages

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,967.08 |
| Net Check | | 0.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 2678.30 | 34546.64 |

**Message**

| Net Pay | 2467.08 | 31834.62 |
|---|---|---|

© 2002 Automatic Data  Processing (PC50V1)

*Mercedes-Benz   VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501 Palmetto   Commerce   Parkway*
*Ladson,  SC  29456*

| Advice  Number: | 0000090498 |
|---|---|
| Advice  Date: | 08/09/2019 |



## Deposited  to  the  account  of

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | Savings  XXXXXX4603 | 256074974 | 500.00 |
| | Checking  XXXXXX2118 | 256074974 | 1967.08 |

THIS IS NOT A CHECK

CO    EMPLOYER    001219-001217
FCCHXX  080820199

# Earnings    Statement

Clock   Home Dept
x       X

*Mercedes-Benz   VansLLC*
*Phone: (503) 745-8000*
*Registry  No:16-1644464*
*8501 Palmetto Commerce  Parkway*
*Ladson,  SC  29456*

| | | | |
|---|---|---|---|
| | | Page  001 of 001 | |
| Period Beginning: | | 07/07/2019 | |
| Period Ending: | | 07/20/2019 | |
| Advice Date: | | 07/26/2019 | |
| Advice Number: | | 0000088864 | |
| Batch Number: | | 000000004451 | |

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,    SC  29483

Exemptions     Addl Amt  Addl %
Fed:      Exempt
SC:       Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular  Earn | 23.5000 | 73.00 | 1715.50 | 22787.88 |
| Emergency  Pa | 23.5000 | 2.00 | 47.00 | 283.00 |
| Overtime  @1. | 35.2500 | 5.83 | 205.51 | 4341.72 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Doubletime  @ | | | 0.00 | 1589.00 |
| Emergency  Le | | | 0.00 | |
| Special  Vaca | | | 0.00 | 176.00 |
| Vacation | | | 0.00 | 1714.00 |
| Holiday  Hour | | | 0.00 | 1704.00 |
| Gross  Pay | | 80.83 | 1968.01 | 32690.13 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Other  Benefits** | | | |
| 401(k) | | 59.04 | 821.79 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 28.54 | 474.01 |
| Fed OASDI/EE | 122.02 | 2026.79 |
| SC Withholdng | 0.00 | 0.00 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,258.41 |
| Net Check | | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 59.04 | 821.79 |

Fed Taxable  Wages    1908.97    31868.34

## Message

*Excluded  from  Federal  Taxable  Wages

| | | |
|---|---|---|
| Net  Pay | 1258.41 | 29367.54 |

© 2002 Automatic Data  Processing (PCON00)

---

*Mercedes-Benz   VansLLC*
*Phone: (503) 745-8000*
*Registry  No:16-1644464*
*8501 Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

Advice  Number:    0000088864

Advice  Date:      07/26/2019



## Deposited  to  the  account  of

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | Savings  XXXXXX4603 | 256074974 | 500.00 |
| | Checking  XXXXXX2118 | 256074974 | 1258.41 |

# Earnings Statement

CO    EMPLOYEE    001154-001154
PCCHEK  000820133

Clock    Home Dept
x        x

*Mercedes-Benz   VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| | Page  001 of 001 |
|---|---|
| Period Beginning: | 06/23/2019 |
| Period Ending: | 07/06/2019 |
| Advice Date: | 07/12/2019 |
| Advice Number: | 0000087323 |
| Batch Number: | 000000004431 |

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,    SC  29483

Exemptions    Addl Amt    Addl %
Fed:    Exempt
SC:    Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime  @1. | 35.2500 | 10.75 | 378.94 | 4136.21 |
| Regular  Earn | 23.5000 | 64.00 | 1504.00 | 21072.38 |
| Holiday  Hour | 23.5000 | 16.00 | 376.00 | 1704.00 |
| Emergency  Pa | | | 0.00 | 236.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Doubletime  @ | | | 0.00 | 1589.00 |
| Emergency  Le | | | 0.00 | |
| Special  Vaca | | | 0.00 | 176.00 |
| Vacation | | | 0.00 | 1714.00 |
| Gross  Pay | | 90.75 | 2258.94 | 10722.12 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 67.77 | 762.75 |

## Deductions Statutory

| | | |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 32.75 | 445.47 |
| Fed OASDI/EE | 140.05 | 1904.77 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions Other

| | | |
|---|---|---|
| *401(k) | 67.77 | 762.75 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,518.37 |
| Net Check | | 0.00 |

| | | |
|---|---|---|
| Fed Taxable  Wages | 2191.17 | 29959.37 |

## Message

*Excluded  from  Federal  Taxable  Wages

| | | |
|---|---|---|
| Net  Pay | 1518.37 | 27609.13 |

© 1992 Automatic Data Processing (ADSV0)



*Mercedes-Benz   VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

Advice  Number:    0000087323

Advice  Date:    07/12/2019

## Deposited  to  the  account  of

| | | Account Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Page,  Candace  Anitrel | Savings | XXXXXX4603 | 256074974 | 500.00 |
| | Checking | XXXXXX2118 | 256074974 | 1518.37 |

## Earnings  Statement

CO    EMPLOYED    001-87-001167
SSEEXX  950820199

Clock    Home Dept
x    X

Mercedes-Benz    VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto Commerce Parkway
Ladson, SC  29456

Page 001 of 001
Period Beginning:    06/09/2019
Period Ending:    06/22/2019
Advice Date:    06/28/2019
Advice Number:    0000085851
Batch Number:    000000004416

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,  SC  29483

Exemptions    Addl Amt  Addl %
Fed:    Exempt
SC:    Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime @1. | 35.2500 | 23.33 | 822.38 | 3757.27 |
| Regular Earn | 23.5000 | 80.00 | 1880.00 | 19568.38 |
| Emergency Pa | | | 0.00 | 236.00 |
| TeamShare Bo | | | 0.00 | 94.53 |
| Doubletime @ | | | 0.00 | 1589.00 |
| Emergency Le | | | 0.00 | |
| Special Vaca | | | 0.00 | 176.00 |
| Vacation | | | 0.00 | 1714.00 |
| Holiday Hour | | | 0.00 | 1328.00 |
| Gross Pay | | 103.31 | 2702.38 | 28463.18 |

| Other Benefits | This Period | Year-to-Date |
|---|---|---|
| 401(k) | 81.07 | 694.98 |

### Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 39.19 | 412.72 |
| Fed OASDI/EE | 167.55 | 1764.72 |
| SC Withholdng | 0.00 | 0.00 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit Sav | XXXXXX4603 | 500.00 |
| Deposit Che | XXXXXX2118 | 1,914.57 |
| Net Check | | 0.00 |

### Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 81.07 | 694.98 |

Fed Taxable Wages    2621.31    27768.20
### Message

*Excluded from Federal Taxable Wages

| Net Pay | 2414.57 | 25590.76 |
|---|---|---|

© 2003 Automatic Data Processing Inc.

Mercedes-Benz    VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto Commerce Parkway
Ladson, SC  29456

Advice  Number:    0000085851

Advice  Date:    06/28/2019



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Page, Candace Anitrel | Savings  XXXXXX4603 | 256074974 | 500.00 |
| | Checking  XXXXXX2118 | 256074974 | 1914.57 |

THIS IS NOT A CHECK

# Earnings  Statement

| | | |
|---|---|---|
| CC | EMPLOYER | 001114-001114 |
| PCEHXX | 000820195 | |

Clock    Home Dept
x        X

Mercedes-Benz   VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501  Palmetto  Commerce  Parkway
Ladson,  SC  29456

| | | | |
|---|---|---|---|
| | | Page  001 of 001 | |
| Period Beginning: | | 05/26/2019 | |
| Period Ending: | | 06/08/2019 | |
| Advice Date: | | 06/14/2019 | |
| Advice Number: | | 0000084375 | |
| Batch Number: | | 000000004396 | |

Page,  Candace  Anitrel
505  Farm  Springs  Road
Apt  505
Summerville,   SC  29483

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Holiday  Hour | 23.5000 | 8.00 | 188.00 | 1328.00 |
| Overtime  @1. | 35.2500 | 3.75 | 132.19 | 2934.89 |
| Regular  Earn | 23.5000 | 69.75 | 1639.13 | 17688.38 |
| Holiday  Hour | 22.5000 | 8.00 | 180.00 | |
| Emergency  Pa | | | 0.00 | 236.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Doubletime  @ | | | 0.00 | 1589.00 |
| Emergency  Le | | | 0.00 | |
| Special  Vaca | | | 0.00 | 176.00 |
| Vacation | | | 0.00 | 1714.00 |
| Gross  Pay | | 89.50 | 2139.32 | 25760.80 |

| Other Benefits | This Period | Year-to-Date |
|---|---|---|
| 401(k) | 64.18 | 613.91 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 0.00 | 0.00 |
| Fed  MED/EE | 31.02 | 373.53 |
| Fed  OASDI/EE | 132.64 | 1597.17 |
| SC  Withholdng | 0.00 | 0.00 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 64.18 | 613.91 |

*Excluded  from  Federal  Taxable  Wages

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,411.48 |
| Net Check | | 0.00 |

Fed Taxable  Wages    2075.14    25146.89

## Message

| Net Pay | 991.44 | 23176.13 |
|---|---|---|

© 2002 Automatic Data Processing (PRINTPAY)

Mercedes-Benz    VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501  Palmetto   Commerce   Parkway
Ladson,   SC   29456

Advice  Number:    0000084375

Advice  Date:      06/14/2019

THIS IS NOT A CHECK

| Deposited  to  the  account  of | | Account  Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Page,  Candace  Anitrel | Savings | XXXXXX4603 | 256074974 | 500.00 |
| | Checking | XXXXXX2118 | 256074974 | 1411.48 |

# Earnings Statement

CO   EMPLOYEE   001078-001078
CSHXX   000820139

Clock   Home Dept
x   X

*Mercedes-Benz   VansLLC*
*Phone: (503) 745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| | | Page  001 of 001 |
|---|---|---|
| Period Beginning: | | 05/12/2019 |
| Period Ending: | | 05/25/2019 |
| Advice Date: | | 05/31/2019 |
| Advice Number: | | 0000082925 |
| Batch Number: | | 000000004376 |

Page,  Candace  Anitrel
3340  Shipley  Street
2303
Ladson,  SC  29456

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: | Exempt | |
| SC: | Exempt | |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime  @1. | 35.2500 | 1.50 | 52.88 | 2802.70 |
| Regular  Earn | 23.5000 | 70.00 | 1645.00 | 16049.25 |
| Special  Vaca | 23.5000 | 2.00 | 47.00 | 176.00 |
| Vacation | 23.5000 | 8.00 | 188.00 | 1714.00 |
| Emergency  Pa | | | 0.00 | 236.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Doubletime  @ | | | 0.00 | 1589.00 |
| Emergency  Le | | | 0.00 | |
| Holiday  Hour | | | 0.00 | 960.00 |
| Gross  Pay | | 81.50 | 1932.88 | 23621.48 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 57.99 | 549.73 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 28.03 | 342.51 |
| Fed OASDI/EE | 119.84 | 1464.53 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 57.99 | 549.73 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,227.02 |
| Net  Check | | 0.00 |

Fed Taxable Wages   1874.89   23071.75

## Message

*Excluded  from  Federal  Taxable  Wages

Net  Pay   737.02   21364.71

© 2002 Automatic Data  Processing INC/NW

---

*Mercedes-Benz   VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

Advice  Number:   0000082925

Advice  Date:   05/31/2019



## Deposited  to  the  account  of

| | | Account Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Page,  Candace  Anitrel | Savings | XXXXXX4603 | 256074974 | 500.00 |
| | Checking | XXXXXX2118 | 256074974 | 1227.02 |

THIS IS NOT A CHECK

# Earnings  Statement

| | |
|---|---|
| C3        EMPLOYER       001084-001084 | |
| *CSHXX  000620199 | |

Clock   Home Dept
x       X

*Mercedes-Benz    VansLLC*
*Phone:  (503) 745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,  SC  29456*

| | | | |
|---|---|---|---|
| | | Page   001 of 001 | |
| Period Beginning: | | 04/28/2019 | |
| Period Ending: | | 05/11/2019 | |
| Advice Date: | | 05/17/2019 | |
| Advice Number: | | 0000081529 | |
| Batch Number: | | 000000004354 | |

Page,   Candace  Anitrel
3340  Shipley  Street
2303
Ladson,   SC  29456

Exemptions     Addl Amt  Addl %
  Fed:     Exempt
  SC:      Exempt

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Doubletime @ 47.0000 | | 10.00 | 470.00 | 1589.00 |
| Overtime  @1. 35.2500 | | 11.25 | 396.57 | 2749.82 |
| Regular Earn 23.5000 | | 80.00 | 1880.00 | 14404.25 |
| Emergency  Pa | | | 0.00 | 236.00 |
| Special Vaca | | | 0.00 | 129.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Vacation | | | 0.00 | 1526.00 |
| Emergency  Le | | | 0.00 | |
| Holiday  Hour | | | 0.00 | 960.00 |
| Gross Pay | | 101.25 | 2746.57 | 21698.60 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 82.40 | 491.74 |

## Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 39.82 | 314.48 |
| Fed OASDI/EE | 170.28 | 1344.69 |
| SC Withholdng | 0.00 | 0.00 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,954.07 |
| Net Check | | 0.00 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 82.40 | 491.74 |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable  Wages | 2664.17 | 21196.86 |

## Message

*Excluded  from  Federal  Taxable  Wages

| Net Pay | 2454.07 | 19537.83 |
|---|---|---|

© 2002 Automatic Data Processing (PRSUV0)

*Mercedes-Benz    VansLLC*
*Phone:  (503)  745-8000*
*Registry  No:16-1644464*
*8501  Palmetto  Commerce  Parkway*
*Ladson,   SC   29456*

| | |
|---|---|
| Advice  Number: | 0000081529 |
| Advice  Date: | 05/17/2019 |

## Deposited  to  the  account  of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | | | |
| Savings | XXXXXX4603 | 256074974 | 500.00 |
| Checking | XXXXXX2118 | 256074974 | 1954.07 |

THIS IS NOT A CHECK

# Earnings Statement

CO EMPLOYER 001055-D01035
PCOLXX 000850199

| Clock | Home Dept | | |
|---|---|---|---|
| x | x | | |

*Mercedes-Benz VansLLC*
*Phone: (503) 745-8000*
*Registry No:16-1644464*
*8501 Palmetto Commerce Parkway*
*Ladson, SC 29456*

| | | Page 001 of 001 |
|---|---|---|
| Period Beginning: | | 04/14/2019 |
| Period Ending: | | 04/27/2019 |
| Advice Date: | | 05/03/2019 |
| Advice Number: | | 0000080115 |
| Batch Number: | | 000000004339 |

Page, Candace Anitrel
3340 Shipley Street
2303
Ladson, SC 29456

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: Exempt | | |
| SC: Exempt | | |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Doubletime @ | 47.0000 | 4.00 | 188.00 | 1119.00 |
| Holiday Hour | 23.5000 | 8.00 | 188.00 | 960.00 |
| Overtime @1. | 35.2500 | 8.75 | 308.44 | 2353.25 |
| Regular Earn | 23.5000 | 68.00 | 1598.00 | 12524.25 |
| Emergency Le | | 4.00 | 0.00 | |
| Emergency Pa | | | 0.00 | 236.00 |
| Special Vaca | | | 0.00 | 129.00 |
| TeamShare Bo | | | 0.00 | 94.53 |
| Vacation | | | 0.00 | 1526.00 |
| Gross Pay | | 92.75 | 2282.44 | 18942.03 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 68.47 | 409.34 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 33.10 | 274.66 |
| Fed OASDI/EE | 141.52 | 1174.41 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 68.47 | 409.34 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit Sav | XXXXXX4603 | 500.00 |
| Deposit Che | XXXXXX2118 | 1,539.35 |
| Net Check | | 0.00 |

| Fed Taxable Wages | 2213.97 | 18532.69 |
|---|---|---|

## Message

*Excluded from Federal Taxable Wages

| Net Pay | 2039.35 | 17083.62 |
|---|---|---|

© 2002 Automatic Data Processing (ADP)

---

Mercedes-Benz VansLLC
Phone: (503) 745-8000
Registry No:16-1644464
8501 Palmetto Commerce Parkway
Ladson, SC 29456

Advice Number: 0000080115

Advice Date: 05/03/2019

## Deposited to the account of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Page, Candace Anitrel | | | |
| Savings | XXXXXX4603 | 256074974 | 500.00 |
| Checking | XXXXXX2118 | 256074974 | 1539.35 |

THIS IS NOT A CHECK

## Earnings   Statement

```
CO      EMPLOYEE        001-59-001059
*CSHXX  000820199
Clock   Home Dept
x       X
```

Mercedes-Benz   VansLLC
Phone: (503) 745-8000
Registry  No:16-1644464
8501 Palmetto  Commerce  Parkway
Ladson, SC  29456

```
                                   Page  001 of 001
Period Beginning:     03/31/2019
Period Ending:        04/13/2019
Advice Date:          04/19/2019
Advice Number:        0000078760
Batch Number:         000000004310
```

Page, Candace  Anitrel
3340  Shipley  Street
2303
Ladson,  SC  29456

```
Exemptions     Addl Amt  Addl %
Fed:    Exempt
SC:     Exempt
```

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime @1. | 33.7500 | 8.50 | 286.88 | 2044.81 |
| Regular  Earn | 22.5000 | 40.00 | 900.00 | 10926.25 |
| Doubletime @ | 47.0000 | 4.25 | 199.75 | 931.00 |
| Overtime @1. | 35.2500 | 8.50 | 299.63 | |
| Regular  Earn | 23.5000 | 40.00 | 940.00 | |
| Holiday  Hour | | | 0.00 | 772.00 |
| Emergency  Pa | | | 0.00 | 236.00 |
| Special  Vaca | | | 0.00 | 129.00 |
| TeamShare  Bo | | | 0.00 | 94.53 |
| Other  Earns | | | 0.00 | 1526.00 |
| Gross  Pay | | 101.25 | 2626.26 | 16689.59 |

|  | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 78.79 | 340.87 |

### Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 38.08 | 241.56 |
| Fed OASDI/EE | 162.82 | 1032.89 |
| SC Withholdng | 0.00 | 0.00 |

### Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 78.79 | 340.87 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,846.57 |
| Net Check | | 0.00 |

```
Fed Taxable  Wages    2547.47    16318.72
```

### Message

*Excluded  from  Federal  Taxable  Wages

| Net Pay | 2346.57 | 15044.27 |
|---|---|---|

© 2002 Automatic Data Processing INCHW01

---



Mercedes-Benz   VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501 Palmetto  Commerce  Parkway
Ladson,  SC  29456

Advice  Number:     0000078760

Advice  Date:       04/19/2019

| Deposited  to  the  account  of | | Account  Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Page,  Candace  Anitrel | Savings | *XXXXXX4603 | 256074974 | 500.00 |
| | Checking | XXXXXX2118 | 256074974 | 1846.57 |

# Earnings   Statement

CO   EMPLOYEE      001047-001047
PCBHXA 000820133
Clock   Home Dept
x      X

Mercedes-Benz    VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501  Palmetto  Commerce  Parkway
Ladson,  SC  29456

| | Page  001 of 001 |
|---|---|
| Period Beginning: | 03/17/2019 |
| Period Ending: | 03/30/2019 |
| Advice Date: | 04/05/2019 |
| Advice Number: | 0000077412 |
| Batch Number: | 000000004294 |

Page,   Candace  Anitrel
3340  Shipley  Street
2303
Ladson,   SC  29456

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: | Exempt | |
| SC: | Exempt | |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime @1. | 33.7500 | 11.00 | 371.25 | 1458.30 |
| Regular Earn | 22.5000 | 78.00 | 1755.00 | 9086.25 |
| Emergency Le | | 2.00 | 0.00 | |
| Holiday Hour | | | 0.00 | 772.00 |
| Doubletime @ | | | 0.00 | 731.25 |
| Emergency Pa | | | 0.00 | 236.00 |
| Special Vaca | | | 0.00 | 129.00 |
| TeamShare Bo | | | 0.00 | 94.53 |
| Vacation | | | 0.00 | 1526.00 |
| Gross Pay | | 91.00 | 2126.25 | 14033.33 |

| | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 63.79 | 262.08 |

## Deductions Statutory

| | | |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 30.83 | 203.48 |
| Fed OASDI/EE | 131.83 | 870.07 |
| SC Withholdng | 0.00 | 0.00 |

## Deductions Other

| | | |
|---|---|---|
| *401(k) | 63.79 | 262.08 |

| Pay Dist Type | Account Number | Amount |
|---|---|---|
| Deposit  Sav | XXXXXX4603 | 500.00 |
| Deposit  Che | XXXXXX2118 | 1,399.80 |
| Net Check | | 0.00 |

| | | |
|---|---|---|
| Fed Taxable Wages | 2062.46 | 13771.25 |

## Message

*Excluded  from  Federal  Taxable  Wages

| Net Pay | 1899.80 | 14697.70 |
|---|---|---|

© 2001 Automatic Data Processing [PCABX]

---

Mercedes-Benz    VansLLC
Phone:  (503)  745-8000
Registry  No:16-1644464
8501  Palmetto  Commerce  Parkway
Ladson,  SC  29456

| Advice  Number: | 0000077412 |
|---|---|
| Advice  Date: | 04/05/2019 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Page,  Candace  Anitrel | Savings  XXXXXX4603 | 256074974 | 500.00 |
| | Checking XXXXXX2118 | 256074974 | 1399.80 |

Fill in this information to identify your case:

Debtor 1     **CANDACE ANITREL PAGE**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **19-05007**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 8 | ☐ No  ■ Yes |
| SON | 14 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,457.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 36.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 25.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    **CANDACE ANITREL PAGE**                    Case number (if known)    **19-05007**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ **175.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **185.00** |
| | 6d. | Other. Specify: | 6d. $ **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ **786.00** |
| 8. | **Childcare and children's education costs** | | 8. $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ **169.00** |
| 10. | **Personal care products and services** | | 10. $ **76.00** |
| 11. | **Medical and dental expenses** | | 11. $ **55.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ **215.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ **0.00** |
| | 15b. | Health insurance | 15b. $ **0.00** |
| | 15c. | Vehicle insurance | 15c. $ **240.00** |
| | 15d. | Other insurance. Specify: | 15d. $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **AUTO PROPERTY TAXES** | | 16. $ **25.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ **0.00** |
| | 17c. | Other. Specify: | 17c. $ **0.00** |
| | 17d. | Other. Specify: | 17d. $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. | Mortgages on other property | 20a. $ **0.00** |
| | 20b. | Real estate taxes | 20b. $ **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ **0.00** |
| 21. | **Other:** Specify: | | 21. +$ **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ **3,594.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ **3,594.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ **4,318.08** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ **3,594.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ **724.08** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: **DEBTOR DOES NOT ANTICIPATE A CHANGE IN EXPENSES IN THE NEXT YEAR.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ CANDACE ANITREL PAGE** | X |
|---|---|
| **CANDACE ANITREL PAGE** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **October  3, 2019** | Date |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CANDACE ANITREL PAGE** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-05007** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

☐  Married
■  Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐  No
■  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **505 FARM SPRINGS ROAD SUMMERVILLE, SC 29483** | From-To: **MAY 2019 THROUGH PRESENT** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **3340 SHIPLEY STREET LADSON, SC 29456** | From-To: **OCTOBER 2018 THROUGH MAY 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **2708 17TH STREET TUSCALOOSA, AL 35401** | From-To: **1985 THROUGH 2010** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **CANDACE ANITREL PAGE**                                    Case number *(if known)*   **19-05007**

---

| Part 2 | Explain the Sources of Your Income |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$43,317.08** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$15,839.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$36,227.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **UNEMPLOYMENT COMPENSATION** | **$4,485.00** |  |  |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

---

| Debtor 1 | **CANDACE ANITREL PAGE** | Case number *(if known)* | **19-05007** |

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **MID AMERICA APARTMENTS FARMINGTON VILLAGE 6815 POPLAR AVENUE GERMANTOWN, TN 38138** | **JULY 2019 $1,863.00** | **$1,863.00** | **$4,371.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **LEASE PAYMENT** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **FARMINGTON VILLAGE V. CANDACE PAGE 2019-CV-08-10602990** | **EVICTION** | **BERKELEY COUNTY MAGISTRATES COURT 303-B NORTH GOOSE CREEK BLVD Goose Creek, SC 29445** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | **CANDACE ANITREL PAGE** | Case number *(if known)* | **19-05007** |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ■ No
- ☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Address | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor 1    **CANDACE ANITREL PAGE**                    Case number *(if known)*  **19-05007**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES**<br>**2170 ASHLEY PHOSPHATE ROAD**<br>**FIRST CITIZENS BUILDING, SUITE 405**<br>**Charleston, SC 29406** | **ATTORNEY FEES: $340.00**<br>**FILING FEE: $310.00** | **SEPTEMBER 2019** | **$650.00** |
| **ABACUS CREDIT COUNSELING**<br>**1576 VENTURE BLVD.**<br>**SUITE 700**<br>**Encino, CA 91436** | **CREDIT COUNSELING: $25.00** | **SEPTEMBER 2019** | **$25.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **CANDACE ANITREL PAGE**                                     Case number *(if known)*   **19-05007**

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **CANDACE ANITREL PAGE**                                       Case number *(if known)*    **19-05007**

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City,<br>State and ZIP Code)* | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☑ No. None of the above applies.  Go to Part 12.

   ☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ CANDACE ANITREL PAGE**
_____              _____
**CANDACE ANITREL PAGE**                                   Signature of Debtor 2
**Signature of Debtor 1**

Date    October  3, 2019                                   Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

Debtor 1 **CANDACE ANITREL PAGE**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number    **19-05007**
(if known)

| Check as directed in lines 17 and 21: |
| --- |

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,813.01 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**     Debtor 1

| Gross receipts (before all deductions) | $ 0.00 |  |  |
| --- | --- | --- | --- |
| Ordinary and necessary operating expenses | -$ 0.00 |  |  |
| Net monthly income from a business, profession, or farm | $ 0.00  Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**     Debtor 1

| Gross receipts (before all deductions) | $ 0.00 |  |  |
| --- | --- | --- | --- |
| Ordinary and necessary operating expenses | -$ 0.00 |  |  |
| Net monthly income from rental or other real property | $ 0.00  Copy here -> | $ 0.00 | $ |

Official Form 122C-1        **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**        page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **CANDACE ANITREL PAGE** | Case number *(if known)* | **19-05007** |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00   $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **4,813.01** + $ = $ **4,813.01**

**Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |

12. **Copy your total average monthly income from line 11.**                                      $ **4,813.01**

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here=> | - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.

$ **4,813.01**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>                                      $ **4,813.01**

Multiply line 15a by 12 (the number of months in a year).        x 12

15b. The result is your current monthly income for the year for this part of the form. ..........................................

$ **57,756.12**

Official Form 122C-1        **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**        **page 2**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | CANDACE ANITREL PAGE | Case number (*if known*) | 19-05007 |
|---|---|---|---|

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.  **SC**

16b. Fill in the number of people in your household.  **3**

16c. Fill in the median family income for your state and size of household. .................................................. $ **64,106.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

18. Copy your total average monthly income from line 11 . ............................................................... $ **4,813.01**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.  -$ **0.00**

19b. **Subtract line 19a from line 18.**  $ **4,813.01**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b  $ **4,813.01**

Multiply by 12 (the number of months in a year).  **x 12**

20b. The result is your current monthly income for the year for this part of the form  $ **57,756.12**

20c. Copy the median family income for your state and size of household from line 16c.  $ **64,106.00**

21. **How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ CANDACE ANITREL PAGE**

**CANDACE ANITREL PAGE**

Signature of Debtor 1

Date **October 3, 2019**

MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **CANDACE ANITREL PAGE** _____    Case No.  __**19-05007**__
                                              Debtor(s)    Chapter    __**13**__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____    $  _____ **3,700.00**

Prior to the filing of this statement I have received _____    $  _____ **340.00**

Balance Due _____    $  _____ **3,360.00**

2.  $__**310.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after confirmation, motions to reopen, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**October  3, 2019**_____    __/s/ **Heather S. Bailey**_____
_Date_    **Heather S. Bailey 11592**
    _Signature of Attorney_
    **Moss & Associates Attorneys, P.A.**
    **2170 Ashley Phosphate Road**
    **First Citizens Building, Ste 405**
    **North Charleston, SC 29406**
    **843-744-3002  Fax: 843-266-1939**
    **heatherb@mossattorneys.com**
    _Name of law firm_

---

## DISCLOSURE OF ADDITIONAL ATTORNEY'S FEES

TYPE: Chapter 13 Bankruptcy for the United States Bankruptcy Court, the District of South Carolina.

## Priority Claims for Supplemental Attorney's Fees

| | | |
|---|---|---|
| TYPE 1: | Defending §362 Motion by creditor | Amount: $450 |
| TYPE 2: | Defending Motion to Dismiss by creditor after confirmation | Amount: $600 |
| TYPE 3: | Resolve Petition to Dismiss by Trustee | Amount: $185 |
| TYPE 4: | Combined §362 Motion by creditor and attending court | Amount: $800 |
| TYPE 5: | Motion to reinstate Automatic Stay or resumption of payment | Amount: $700 |
| TYPE 6: | Motion to modify post-confirmation plan | Amount: $685 |
| TYPE 7: | Motion for Substitution of Collateral | Amount: $900 |
| TYPE 8: | Motion to modify post-confirmation plan due to change in circumstances requiring new Schedule I and Schedule J | Amount: $785 |
| TYPE 9: | Motion to incur debt | Amount: $785 |
| TYPE 10: | Motion to sell property | Amount: $1200 |
| TYPE 11: | **Prevention** of §362 Motion for failing to maintain auto/home insurance and/or (out of court work-out) | Amount: $295 |
| TYPE 12: | Defending §362 Motion by creditor after a previous claim for prevention has been filed | Amount: $450 |
| TYPE 13: | Motion Establishing Priority of Tax Claim requiring a post-confirmation plan modification | Amount: $585 |
| TYPE 14: | Objection to Creditor's Proof of Claim requiring a post-confirmation plan modification | Amount: $585 |
| TYPE 15: | Motion for Moratorium requiring a hearing | Amount: $485 |
| TYPE 16: | Motion to Substitute Attorney | Amount: $685 |
| TYPE 17: | Taking over case | Amount: $785 |
| TYPE 18: | Address change in estate | Amount: $185 |
| TYPE 19: | Post-Petition consultation relating to Tax Return | Amount: $285 |



| | | |
|---|---|---|
| TYPE 20: | Attorney Review/Release of Mortgage communication waiver | Amount: $285 |
| TYPE 21: | Application to Employ | Amount: $585 |
| TYPE 22: | Application for Settlement | Amount: $785 |
| TYPE 23: | Creditor Violation Letter | Amount: $285 |
| TYPE 24: | Consent Order Approving Loan Modification | Amount: $785 |
| TYPE 25: | Consent Order Lifting the Stay (to proceed in family court) | Amount: $785 |
| TYPE 26: | Negotiation with Mortgage Creditor for Loan Modification | Amount: $1,500 |
| TYPE 27: | Attorney Request and Authorization for Loan Modification and/or workout options | Amount: $1,285 |
| TYPE 28: | Mortgage Loan Modification Report | Amount: $800 |
| TYPE 29: | Motion to Reinstate after Dismissal | Amount: $1000 |
| TYPE 30: | Application for settlement to use insurance proceeds | Amount: $750 |
| TYPE 31: | Direction of Pay/Total Loss | Amount: $350 |

These fees are in addition to expedited attorney fees as referenced in the signed attorney client agreement. If you have an issue that requires legal work greater than the above-referenced amounts, a request for approval of additional fees will be submitted to the Bankruptcy Trustee and Bankruptcy Court. If any additional work is needed, the Attorney rate is $325/ per hour. Any service for a creditor is an additional $1.00 or more per creditor.

Client acknowledged that (s)he executed various supplemental fee agreements during the course of representation.

_____        _____        _____
Client                                         Case Number                    Date

_____        _____        _____
Client                                         Case Number                    Date

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **CANDACE ANITREL PAGE**

Debtor(s)

Case No.   **19-05007**

Chapter   **13**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a)   _____  computer diskette

    (b)   _____  scannable hard copy
(number of sheets submitted _____)

    (c)   **X**  electronic version filed via CM/ECF

Date:   **October  3, 2019**

**/s/ CANDACE ANITREL PAGE**
**CANDACE ANITREL PAGE**
Signature of Debtor

Date:   **October  3, 2019**

**/s/ Heather S. Bailey**
Signature of Attorney
**Heather S. Bailey 11592**
**Moss & Associates Attorneys, P.A.**
**2170 Ashley Phosphate Road**
**First Citizens Building, Ste 405**
**North Charleston, SC 29406**
**843-744-3002   Fax: 843-266-1939**
Typed/Printed Name/Address/Telephone

**11592 SC**
District Court I.D. Number